DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
DMazenkoLaw@gmail.com
Attorney for Defendant
YEHIA HARB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:24-CR-00071-DJC-3 |
| Plaintiff, | ) ) | **WAIVER OF APPEARANCE UNDER FR. CRIM. P. 43** |
| **v.** | ) ) ) | |
| **YEHIA HARB,** | ) ) | |
| Defendant. | ) ) | |

**WAIVER OF PERSONAL APPEARANCE**

   Defendant hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

   Defendant hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

1

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being personally present.

Dated:  January 3, 2024        By:     /s/ Yehia Harb
                                       YEHIA HARB
                                       Defendant

Dated:  January 3, 2024                /s/ Danica Mazenko
                                       DANICA MAZENKO
                                       Attorney for Defendant

**IT IS SO ORDERED.**

Dated:  January 3, 2025                /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE