UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YEHIA HARB,<br><br>　　　　Defendant. | CASE NO.:  2:24-CR-00071-DJC<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

**IT IS HEREBY ORDERED** that Mr. Harb is allowed to travel to Tijuana, Mexico on April 5, 2025 to obtain dental attention.  He is ordered to return to the United States on April 5, 2025 after completing his appointments, and to inform Pretrial Services when he leaves and returns to the United States.

The Clerk of the Court is ordered to release the defendant's passport to Pretrial Services in the Eastern District of California on March 28, 2025. Pretrial Services in Central District of California shall provide the passport to the defendant on April 4, 2025. The defendant shall return the passport to Pretrial Services on April 7, 2025. After April 7, 2025, Pretrial Services in the Central District of California shall send the passport back to Pretrial Services in the Eastern District of California for return.

////

1 | The hearing previously set for February 13, 2025 to consider this issue is hereby
2 | VACATED.
3 | **IT IS SO ORDERED.**
4 | DATED: February 12, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE