DANICA MAZENKO #330710
2443 Fair Oaks Blvd #486
Sacramento, CA 95825
Tel: (619) 669-5693
DMazenkoLaw@gmail.com

Attorney for Defendant
YEHIA HARB

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YEHIA HARB,<br>Defendant. | Case No.: 2:24-cr-00071-DJC-3<br><br>**ORDER** |

Pursuant to 18 U.S.C. §3006A, the Court orders disbursement of Criminal Justice Act (CJA) funds to furnish Mr. Harb with the cost of food and incidental expenses while he is in Sacramento, California on November 19, 2026, in connection with his court appearance on November 19, 2026 at 9:00am. It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Harb to return to his home in Hawthorne, California when that court proceeding is completed. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C.§ 5702(a).

////

///

////

////

It is further ordered that appointed counsel may advance the travel and subsistence funds to be disbursed from CJA funds. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated: October 21, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE