**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YEHIA HARB,<br>Defendant. | CASE NO.: 2:24-CR-00071-DJC<br>ORDER |

**ORDER**

Defendant Yehia Harb has been found to be indigent and to qualify for funding under the Criminal Justice Act. The Court having jurisdiction over Defendant Yehia Harb in the above-noted case, and finding that Defendant has been released from custody and is financially unable to provide the necessary transportation to appear before this Court,

IT IS ORDERED that Defendant appear before this Court in Sacramento, California on December 3, 2026 at 9:00 a.m.

Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to arrange non-custodial one-way transportation for Yehia Harb from Hawthorne, California to Sacramento, California, and/or to furnish Yehia Harb with the cost of one-way travel from Hawthorne, California to Sacramento, California, so that he may attend court in Sacramento on December 3, 2026 at 9:00 a.m. Additionally, the United States Marshal shall provide Mr. Harb with an

adequate amount of money for subsistence expenses during travel to his destination for this period, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a). Provision for round-trip fare under 18 U.S.C. §4285 is not authorized; return travel is addressed below under 18 U.S.C. §3006A.

Pursuant to 18 U.S.C. §3006A, the Court orders disbursement of Criminal Justice Act (CJA) funds to furnish Mr. Harb with the cost of food and incidental expenses while he is in Sacramento, California on December 3, 2026, in connection with his court appearance on December 3, 2026 at 9:00am. It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Harb to return to his home in Hawthorne, California when that court proceeding is completed. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed reasonable expenses and the per diem allowance for travel under 5 U.S.C.§ 5702(a).

It is further ordered that appointed counsel may advance the travel and subsistence funds to be disbursed from CJA funds. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated: November 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE